# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00404-CV

### In re Robert Sean Mosley

### ORIGINAL PROCEEDING FROM BURNET COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Relator's motion for emergency relief and stay pending mandamus is also denied.

---

Edward Smith, Justice

Before Justices Goodwin, Baker, and Smith

Filed: August 26, 2021